1281; Hollingshead v. Wainwright, 5 Cir. 1970, 423 F.2d 1059.

■ The claim of ineffectiveness of counsel presented to the trial court was apparently not raised in the prior state proceedings. It will be appropriate for the trial court to dismiss this claim without prejudice so as to permit it to be first advanced before and considered by the courts of Louisiana.

Vacated and remanded.

---

**Billy Kindred CROTTS, Petitioner-Appellee,**

**v.**

**Dr. George J. BETO, Director, Texas Department of Corrections, Respondent-Appellant.**

**No. 71-2026**

**Summary Calendar.\***

United States Court of Appeals,
Fifth Circuit.

Sept. 2, 1971.

---

Crawford C. Martin, Atty. Gen. of Texas, Glenn R. Brown, Asst. Atty. Gen., Nola White, First Asst. Atty. Gen., Alfred Walker, Executive Asst. Atty. Gen., Robert C. Flowers, Asst. Atty. Gen., Austin, Tex., for appellant.

Billy K. Crotts, Emmett Colvin, Jr., (court appointed), Dallas, Tex., for appellee.

Before COLEMAN, SIMPSON and MORGAN, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

**Mrs. Elnora HARRIS et al., Plaintiffs-Appellants,**

**v.**

**Dr. H. A. FOSTER et al., Defendants-Appellees.**

**No. 30908.**

United States Court of Appeals,
Fifth Circuit.

May 27, 1971.

Howard Moore, Jr., Peter E. Rindskopf, Atlanta, Ga., for plaintiffs-appellants.

John T. Marshall, Randall L. Hughes, Atlanta, Ga., Willis G. Haugen, Newnan, Ga., James C. Owen, Jr., Griffin, Ga., Sanders, Mottola, Haugen, Wood & Goodson, Newnan, Ga., Beck, Goddard, Owen, Squires & Murray, Griffin, Ga., Attorneys for defendants-appellees.

---

\* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.